## FRANKLIN vs. WESLEY.

On a proceeding to remove obstructions from a private way, there being sufficient evidence to sustain the finding of the ordinary that the private way claimed existed by prescription, the superior court had no legal right to set aside that judgment on facts, unless abused, although there may have been conflict in the testimony. No abuse was shown, and a dismissal of the *certiorari* was right. Acts 1872, p. 60; Code, §737-9.

Judgment affirmed.

March 11, 1884.

JACKSON, Chief Justice.

---

## N. & A. F. TIFT & COMPANY vs. CARLTON et al.

Where suit was brought in the statutory form on two drafts, upon the face of which it appeared that the plaintiffs were the acceptors and the defendants were the drawer and payee, who was also endorser, an amendment could be made, alleging that the acceptors were mere accommodation acceptors and had paid the money for the defendants. Code, §§3479, 3480.

Judgment reversed.

March 4, 1884.

BLANDFORD, Justice.

---

## CUNNINGHAM vs. BROOKS.

1. The plaintiff having made out a *prima facie* case, there was no error in refusing a non-suit.
2. If a legatee made a transfer of his interest in the estate, and the transferee placed the transfer in the hands of another, who, knowing of the same and of the transferee's right to the interest, collected the amount due to the legatee, he was in good conscience bound to pay it to the transferee, although he may have had an order from the same legatee for the payment of a debt due to himself (the date of such order not appearing).
3. The verdict was sustained by the evidence.

Judgment affirmed.

March 4, 1884.

HALL, Justice.

v. 73-11